# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 25, 2012

144908

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

W. G. WADE SHOWS, INC.,
        Plaintiff-Appellant,

v

        SC: 144908
        COA: 299987
        Wayne CC: 2007-723226-CZ

RICHARD HAMAN,
        Defendant-Appellee,

and

BONNIE HAMAN,
        Defendant.

_____/

    On order of the Court, the application for leave to appeal the March 1, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



    I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 25, 2012

s0618

                Clerk